Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY,<br><br>           Plaintiff(s),<br><br>     v.<br><br>VON DREHLE CORPORATION,<br><br>           Defendant(s). | Case No: 14-01732 VC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, John P. Higgins, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: VON DREHLE CORPORATION in the above-entitled action. My local co-counsel in this case is Joseph A. Greco, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 11610 North Community House Rd., Ste. 200<br>Charlotte, NC 28277 | 150 Almaden Blvd., 10th Floor<br>San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 945-6704 | (408) 938-7900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jhiggins@ahpapatent.com | jgreco@beckllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17442.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/06/14

John P. Higgins
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John P. Higgins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 9, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie S. Cameron Roeder, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 18, 1990, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## JOHN PAUL HIGGINS

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this March 3, 2014.

*Christie S Cameron Roeder*

Christie S. Cameron Roeder
Clerk of the Supreme Court
of the State of North Carolina