1 | Andrew T. Oliver (Cal Bar No. 226098)
AMIN, TUROCY & WATSON LLP
2 | 148 Castro Street, Suite B-20
Mountain View, CA  94041
3 | Telephone: 650-618-6477
Email: aoliver@ATWiplaw.com
4 |
5 | Attorneys for Plaintiff
James Brady

John P. Higgins (*Admitted Pro Hac Vice*)
jhiggins@ahpapatent.com
Justin A. Jernigan (*Admitted Pro Hac Vice*)
jjernigan@ahpapatent.com
Additon, Higgins, Pendleton & Ashe, P.A.
11610 North Community House Rd, Ste. 200
Charlotte, North Carolina 28277-2199
Telephone: (704) 945-6704
Facsimile: (704) 945-6735

Joseph A. Greco (Cal. Bar No. 104476)
jgreco@beckllp.com
Kimberly P. Zapata (Cal. Bar No. 138291)
kzapata@beckllp.com
BECK, BISMONTE & FINLEY, LLP
Cityview Plaza
150 Almaden Boulevard, 10th Floor
San Jose, Ca  95113
Telephone: 408.938.7900
Facsimile: 408.938.0790

Attorneys for Defendant and Counterclaimant
VON DREHLE CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRADY, <br><br> Plaintiff, <br><br> v. <br><br> VON DREHLE CORPORATION, <br><br> Defendant(s). | Case No. 3:14-cv-1732-VC <br><br> **STIPULATION AND [PROPOSED]** ~~[PROPOSED]~~ **ORDER SELECTING ADR PROCESS** <br><br> **DEMAND FOR JURY TRIAL** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. 3:14-cv-1732-VC

  ☐  Non-binding Arbitration (ADR L.R. 4)
  X  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  ☐  Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:

  ☐  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  X  other requested deadline: the later of 90 days from (a) the date of the order referring the case to an ADR process, or (b) the date of the initial case management conference.

Dated: June 26, 2014            /s/ *Andrew T. Oliver*
                       Andrew T. Oliver
                       Attorney for Plaintiff

Dated: June 26, 2014            /s/ *John P. Higgins*
                       John P. Higgins
                       Attorney for Defendant

## [~~PROPOSED~~] ORDER

  ☒  The parties' stipulation is adopted and IT IS SO ORDERED.
  ☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 27, 2014            _____
                       VINCE CHHABRIA
                       UNITED STATES DISTRICT JUDGE