| | |
|---|---|
| Andrew T. Oliver (Cal Bar No. 226098)<br>AMIN, TUROCY & WATSON LLP<br>148 Castro Street, Suite B-20<br>Mountain View, CA 94041<br>Telephone: 650-618-6477<br>Email: aoliver@ATWiplaw.com<br><br>Attorneys for Plaintiff<br>James Brady | John P. Higgins (*Admitted Pro Hac Vice*)<br>jhiggins@ahpapatent.com<br>Justin A. Jernigan (*Admitted Pro Hac Vice*)<br>jjernigan@ahpapatent.com<br>Additon, Higgins & Pendleton, P.A.<br>11610 North Community House Rd, Ste. 200<br>Charlotte, North Carolina 28277-2199<br>Telephone: (704) 945-6704<br>Facsimile: (704) 945-6735<br><br>Joseph A. Greco (Cal. Bar No. 104476)<br>jgreco@beckllp.com<br>Kimberly P. Zapata (Cal. Bar No. 138291)<br>kzapata@beckllp.com<br>BECK, BISMONTE & FINLEY, LLP<br>Cityview Plaza<br>150 Almaden Boulevard, 10th Floor<br>San Jose, Ca 95113<br>Telephone: 408.938.7900<br>Facsimile: 408.938.0790<br><br>Attorneys for Defendant and Counterclaimant<br>VON DREHLE CORPORATION |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRADY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VON DREHLE CORPORATION,<br><br>　　　　　　Defendant(s). | Case No. 3:14-cv-1732-VC<br><br>**STIPULATION AND [PROPOSED]**<br>**SCHEDULING ORDER**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　At the Initial Case Management Conference, the Court set scheduling deadlines as provided in the Docket Text Entry filed on July 22, 2014. The Court instructed counsel for the parties to confer regarding the remaining scheduling deadlines and to submit a written stipulation and order. Counsel report that they have met and conferred regarding the remaining scheduling deadlines and have reached the following stipulation which includes the scheduling deadlines that were previously

1  set by the Court at the Initial Case Management Conference:

| Event | Joint Proposal |
|---|---|
| Fact Discovery Cutoff | February 27, 2015 |
| Opening Expert Reports | March 4, 2015 |
| Rebuttal Expert Reports | March 16, 2015 |
| Reply Expert Reports | March 23, 2015 |
| Expert Discovery Cutoff | April 6, 2015 |
| Last Day on which Dispositive Motions May be Heard | May 21, 2015 |
| Pretrial Conference | July 28, 2015, 1:00 P.M. |
| Trial | August 10, 2015, 8:30 A.M. |

SO STIPULATED.

Dated: July 29, 2014               */s/Andrew T. Oliver*
                                   Andrew T. Oliver
                                   Attorney for Plaintiff


Dated: July 29, 2014               */s/ John P. Higgins*
                                   John P. Higgins
                                   Attorney for Defendant

2
STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 3:14-cv-1732-VC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 30, 2014

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that the concurrence in the filing of this document has been obtained from the signatories.

Dated:  July 29, 2014                                         Additon, Higgins & Pendleton, P.A.


                                                              By: */s/ John P. Higgins*
                                                                   John P. Higgins
                                                                   Attorneys for von Drehle Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  July 29, 2014                                         Additon, Higgins & Pendleton, P.A.


                                                              By: */s/ John P. Higgins*
                                                                   John P. Higgins
                                                                   Attorneys for  von Drehle Corporation

4

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 3:14-cv-1732-VC