Andrew T. Oliver (Cal Bar No. 226098)
AMIN, TUROCY & WATSON LLP
148 Castro Street, Suite B-20
Mountain View, CA  94041
Telephone: 650-618-6477
Email: aoliver@ATWiplaw.com

Attorneys for Plaintiff
James Brady

John P. Higgins (*Admitted Pro Hac Vice*)
jhiggins@ahpapatent.com
Justin A. Jernigan (*Admitted Pro Hac Vice*)
jjernigan@ahpapatent.com
Additon, Higgins, Pendleton & Ashe, P.A.
11610 North Community House Rd, Ste. 200
Charlotte, North Carolina 28277-2199
Telephone: (704) 945-6704
Facsimile: (704) 945-6735

Joseph A. Greco (Cal. Bar No. 104476)
jgreco@beckllp.com
Kimberly P. Zapata (Cal. Bar No. 138291)
kzapata@beckllp.com
BECK, BISMONTE & FINLEY, LLP
Cityview Plaza
150 Almaden Boulevard, 10th Floor
San Jose, Ca  95113
Telephone: 408.938.7900
Facsimile: 408.938.0790

Attorneys for Defendant and Counterclaimant
VON DREHLE CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRADY,<br><br>                Plaintiff,<br><br>   v.<br><br>VON DREHLE CORPORATION,<br><br>                Defendant(s). | Case No. 3:14-cv-1732-VC<br><br>**STIPULATION REGARDING EXTENSION AND [PROPOSED] ORDER**<br><br>**DEMAND FOR JURY TRIAL** |

      WHEREAS, Defendant von Drehle Corporation ("Defendant") filed a motion to transfer on July 18, 2014, noticing a hearing for August 28, 2014 (ECF No. 30);

      WHEREAS, Plaintiff James Brady's ("Plaintiff") opposition is due on August 1, 2014, pursuant to Civil L.R. 7-3(a);

WHEREAS, Plaintiff has requested an extension of time to oppose the motion due to counsel's unavoidable conflicts in other litigation matters;

WHEREAS, Defendant does not object to the requested extension;

WHEREAS, even with the requested extension, the Court will have the standard two-week period between the reply brief and the hearing;

NOW THEREFORE, Plaintiff and Defendant stipulate to the following briefing schedule related to Defendant's motion to transfer (ECF No. 30):

Plaintiff's Opposition pursuant to Civil L.R. 7-3(a) shall be filed no later than August 7, 2014, and

Defendant's Reply pursuant to Civil L.R. 7-3(c) shall be filed no later than August 14, 2014.

SO STIPULATED.

Dated: July 29, 2014                                        */s/Andrew T. Oliver*
                                                            Andrew T. Oliver
                                                            Attorney for Plaintiff

Dated: July 29, 2014                                        */s/ John P. Higgins*
                                                            John P. Higgins
                                                            Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 30, 2014                                        _____
                                                            VINCE CHHABRIA
                                                            UNITED STATES DISTRICT JUDGE

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that the concurrence in the filing of this document has been obtained from the signatories.

Dated:  July 29, 2014                                   AMIN, TUROCY & WATSON LLP

                                                        By:  */s/ Andrew T. Oliver*
                                                             Andrew T. Oliver
                                                             Attorneys for Plaintiff James Brady

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  July 29, 2014                                   AMIN, TUROCY & WATSON LLP

                                                        By:  */s/ Andrew T. Oliver*
                                                             Andrew T. Oliver
                                                             Attorneys for Plaintiff James Brady